# UNITED STATES DISTRICT COURT
# THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Fenn v. Davol, Inc., et al.*
Case No. 2:21-cv-5267

## ORDER

This matter is before the Court on Plaintiff's unopposed Motion to Substitute Party. (ECF No. 4.) Rule 25 provides that, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a)(1). "A motion for substitution may be made by any party or by the decedent's successor or representative." *Id.*

Following Plaintiff's death, Joshua Fenn was appointed as representative of Plaintiff's estate. (ECF No. 4.) Plaintiff now moves for the substitution of Joshua Fenn, as Representative of the Estate of Ricky Lee Fenn, as the proper plaintiff. (*Id.*) Plaintiff's unopposed Motion to Substitute is **GRANTED**. The Clerk is directed to substitute Joshua Fenn, as Representative of the Estate of Ricky Lee Fenn, as Plaintiff in place of Ricky Lee Fenn.

**IT IS SO ORDERED.**

**10/30/2024**  s/Edmund A. Sargus, Jr.
**DATE**  EDMUND A. SARGUS, JR.
  UNITED STATES DISTRICT JUDGE